NUMBER 13-01-833-CV

 

                             COURT OF APPEALS

 

                   THIRTEENTH DISTRICT OF TEXAS

 

                                CORPUS CHRISTI

____________________________________________________________________

 

COASTAL
MOTORCARS, LTD. AND 

COASTAL AUTO ENTERPRISES, INC.,          Appellants,

 

                                                   v.

 

CLASSIC
AUTO LEASING, INC.,                                              Appellee.

____________________________________________________________________

 

                        On appeal from the 148th  District Court

                                  of Nueces County, Texas.

____________________________________________________________________

 

                                   O P I N I O N

 

                     Before Justices
Dorsey, Rodriguez, and Castillo

Opinion
Per Curiam

 








Appellants, COASTAL MOTORCARS, LTD. AND COASTAL AUTO ENTERPRISES, INC., perfected an appeal
from a judgment entered by the 148th District Court of Nueces County, Texas, in cause number 00-4197-E.  After the record was filed, the parties filed
an agreed motion to dismiss the appeal pursuant to settlement.   The parties request that this Court dismiss
the appeal and remand this cause to the trial court for entry of orders
pursuant to the parties= settlement.

The Court, having
considered the documents on file and the agreed motion to dismiss the appeal
pursuant to settlement, is of the opinion that the motion should be granted.  The agreed motion to dismiss the appeal
pursuant to settlement is granted.  The
appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

 

Opinion delivered and filed this

the 14th day
of November, 2002.